**Opinion filed February 28, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00032-CV
_____

## IN RE CARLOS FLORES

**Original Mandamus Proceeding**

## M E M O R A N D U M   O P I N I O N

On January 30, 2019, the clerk of this court received a petition for writ of mandamus from Carlos Flores. Upon receiving the petition, the clerk of this court informed Flores that we were unable to file the petition until Flores remitted the $155 filing fee. The clerk requested that Flores pay the filing fee immediately. Flores then sent a notice of appeal to this court and subsequently paid the filing fee for that appeal—Cause No. 11-19-00033-CV. When Flores called the clerk's office to make sure that his filing fee had been received for his appeal, he was asked about the filing fee for the mandamus proceeding; he informed this court that the appeal was supposed to cancel the mandamus. Because Flores has not remitted the filing fee as

directed by this court and has informed this court that he does not wish to pursue his petition for writ of mandamus, dismissal of this proceeding is warranted. *See* TEX. R. APP. P. 5.

Accordingly, we dismiss this mandamus proceeding.

PER CURIAM

February 28, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.